IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2006 JUN -1  P 3:41

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. S-02-1370 |
| Kevin R. Randolph, | : | |
| Defendant. | : | |

.....ooOoo.....

## ORDER OF SATISFACTION

Mr. Clerk:

Please enter the judgment in the above-entitled action, to include principal, interest, and costs, as PAID, SETTLED, and SATISFIED. The Defendant is hereby released from any lien created by an Abstract of Judgment recorded on 7/26/02, Case# 24-L-02-005064, Receipt# 200200020616 with the Circuit Court for Baltimore City.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: /s/ _____
Thomas F Corcoran
Assistant United States Attorney
36 S. Charles Street
4th Floor
Baltimore, Maryland 21201
410/209-4800
(Trial Bar No. 24894)

CERTIFICATE OF SERVICE

IT IS HEREBY Certify that on this \_\_\_31st\_\_\_ day of \_\_\_May\_\_\_ 2006, a copy of the foregoing Order of Satisfaction was mailed to:

Kevin R. Randolph
768 W. Cross Street
Baltimore, MD 21230

Thomas F. Corcoran
Assistant U.S. Attorney